**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WOWZA MEDIA SYSTEMS, LLC<br><br>　　　　　Defendant. | Case No.  1:18-cv-00927 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Realtime Adaptive Streaming LLC, Plaintiff in the above-captioned action, certifies that Realtime Data LLC has 100% membership interest in Plaintiff. Undersigned counsel further certifies that there are no publicly held entities that own ten percent or more of Plaintiff's stock.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: April 20, 2018　　　　　　　　/s/ Eric B. Fenster

　　　　　　　　　　　　　　　　　　**Eric B. Fenster, LLC**
　　　　　　　　　　　　　　　　　　Eric B. Fenster (CO #33264)
　　　　　　　　　　　　　　　　　　Email: eric@fensterlaw.net

　　　　　　　　　　　　　　　　　　**RUSS AUGUST & KABAT**
　　　　　　　　　　　　　　　　　　Marc A. Fenster (CA SBN 181067)
　　　　　　　　　　　　　　　　　　Email: mfenster@raklaw.com
　　　　　　　　　　　　　　　　　　Reza Mirzaie (CA SBN 246953)
　　　　　　　　　　　　　　　　　　Email: rmirzaie@raklaw.com
　　　　　　　　　　　　　　　　　　Brian D. Ledahl (CA SBN 186579)
　　　　　　　　　　　　　　　　　　Email: bledahl@raklaw.com
　　　　　　　　　　　　　　　　　　Paul Kroeger (CA SBN 229074)
　　　　　　　　　　　　　　　　　　Email: pkroeger@raklaw.com
　　　　　　　　　　　　　　　　　　C. Jay Chung (CA SBN 252794)
　　　　　　　　　　　　　　　　　　Email: jchung@raklaw.com
　　　　　　　　　　　　　　　　　　Philip X. Wang (CA SBN 262239)
　　　　　　　　　　　　　　　　　　Email: pwang@raklaw.com

*Attorneys for Plaintiff*
*REALTIME ADAPTIVE STREAMING LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record via electronic service on April 20, 2018.

/s/ Eric B. Fenster